*Exhibit A*

## **AFFIDAVIT**

I, MILAN BULLOCK, being duly sworn, states as follows:

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been so employed for approximately three years.

2. The information in this affidavit comes from my own investigation, as well as other Alcohol, Tobacco, Firearms and Explosives (ATF) agents, law enforcement officers, and cooperating individuals with firsthand knowledge of the facts contained herein. The information described herein is not an exhaustive recitation of all the information I possess with respect to the investigation of the commission of the crimes referenced herein.

3. On February 16, 2022, myself, and SA Robin O'Quinn, conducted an interview of Stephen SANDERS at the Houston County Detention Center located in Perry, Georgia.

4. During the interview, SANDERS admitted to several shootings, buying marijuana and firearms from potential straw purchaser, Quandaryus House and told SAs the location of multiple firearms within his residence at 6676 Chesapeake Drive in Memphis, Tennessee. SANDERS' was informed that he was not allowed to possess said firearms and gave SAs permission to recover the firearms.

5. On February 22, 2022, I spoke with the resident at 6676 Chesapeake and SANDERS' relative, Rebecca Slayton, regarding the recovery of firearms possessed by her cousin Stephen SANDERS. Slayton confirmed that ATF SAs were allowed to enter SANDERS' room and recover the firearms.

6. On February 22, 2022, myself and ATF SAs recovered three (3) firearms from the bedroom of Stephen SANDERS located under a dresser, as SANDERS had previously mentioned.

7. Based on the foregoing, the defendant firearms are subject to forfeiture pursuant to 18 U.S.C. §924(d)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  7th   day of  September  , 2023.


                                                     s/ Milan Bullock
                                                     MILAN BULLOCK, Special Agent
                                                     Bureau of Alcohol, Tobacco, Firearms and Explosives